# PD-0462-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

| | | |
|---|---|---|
| SHAWN MAYREIS,<br>TDCJ-CID #1876310, | § | CCA # PD-0462-15 |
| | § | |
| | § | |
| Appellant/Petitioner, | § | |
| | § | |
| VS. | § | COA # 14-13-769-CR |
| | § | |
| THE STATE OF TEXAS, | § | FILED IN<br>COURT OF CRIMINAL APPEALS |
| | § | |
| Appellee/Respondent. | § | TC # 1340556 MAY 15 2015 |

**FILED IN
COURT OF CRIMINAL APPEALS
MAY 15 2015
Abel Acosta, Clerk**

## PETITIONER'S MOTION TO WAIVE COPY REQUIREMENTS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Petitioner Shawn Mayreis respectfully moves the Court to waive the 11-copy filing requirement of Tex.R.App.P. 9.3(b)(1). He asks the Court to allow him to file only one copy of his Petition for Discretionary Review (PDR), as authorized by Tex.R.App.P. 2.

This case is pending before the Court. Mr. Mayreis' PDR is due on June 22, 2015. Mr. Mayreis is indigent, and he cannot make the required number of copies under Tex.R.App.P. 9.3(b)(1). The Texas Department of Criminal Justice Correctional Institutions Division does not provide a copy machine at the Connally Unit for inmates to use. Mr. Mayreis does not have enough supplies to prepare 11 copies of his PDR. He cannot comply with Tex.R.App.P. 9.3(b)(1).

Mr. Mayreis respectfully asks the Court to grant him permission to file only one copy of his PDR. He asks the Court to waive Tex.R.App.P. 9.3(b)(1) and invoke Tex.R.App.P. 2.

WHEREFORE, Petitioner Shawn Mayreis respectfully asks the Court to grant this Motion.

SUBMITTED and SUBSCRIBED on this the /2 day of May, 2015.

Respectfully submitted,

_____
Shawn Mayreis, Pro Se

Petitioner's Motion to Waive Copy Requirements - Page 1 of 3

TDCJ-CID #1876310
Connally Unit
899 FM 632
Kenedy, Texas 78119

## DECLARATION

"I, Shawn Mayreis, TDCJ-CID #1876310, presently incarcerated in the Texas Department of Criminal Justice Correctional Institutions Division at the Connally Unit in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion to Waive Copy Requirements are true and correct and that I placed this Motion in the prison mailbox on this date.

"Executed on this the 12 day of May, 2015."

_____
Shawn Mayreis

**CERTIFICATE OF SERVICE**

I certify that on this the /2 day of May, 2015, I served the following parties with a true and correct copy of this Motion to Waive Copy Requirements by U.S. mail through the prison mailbox in a postpaid package to the addresses below:

Harris County District Attorney's Office
Appellate Division
1201 Franklin
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

_____
Shawn Mayreis